FILED
2010 Jan-08 PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA LOUISE THRASHER, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1289-S ) |
| ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) ) |
| Respondents. | ) ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 16, 2009, recommending that the petition for writ of habeas corpus be dismissed without prejudice to the petitioner to re-file a habeas petition in this court after completely exhausting her state court remedies. The parties were allowed an opportunity in which to file objections. No objections have been filed to the magistrate judge's findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED without prejudice. A Final Judgment will be entered.

Done this 8th day of January 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671